IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VERONICA CLAIRE BORITZ, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>    Defendant. ) | CIVIL ACTION FILE <br><br> NUMBER 1:12-cv-1244-TCB |

O R D E R

The parties have advised the Court that they have settled this case. In light of the pending settlement, the Clerk is DIRECTED to administratively close the case.[1] Assuming a final settlement is reached, the parties shall file a stipulation of dismissal on or before February 20, 2013. In the event that a final settlement is not reached, either party may move to reopen the case on or before that date.

---

[1] Administrative closing is a docket-control device used by the Court for statistical purposes; it does not affect the Court's jurisdiction over the case or the rights of the parties. Time will not accrue toward case filing deadlines or statutory limitation periods relevant to the existing claims while the case is administratively closed.

IT IS SO ORDERED this 20th day of December, 2012.

_____
Timothy C. Batten, Sr.
United States District Judge